478

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the boxes the subject of Abstract 59557, the claim of the plaintiff was sustained.

**No. 64218.**—D. H. Grant & Co., Inc. *v.* United States, protest 58/23551 (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

**No. 64219.**—D. H. Grant & Co., Inc. *v.* United States, protests 59/6918, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

**No. 64220.**—D. H. Grant & Co., Inc. *v.* United States, protests 59/25115, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MAY 24, 1960

**No. 64221.**—Scientific Imports & Investment Corp. and W. J. Byrnes & Co., Inc., et al. *v.* United States, protests 58/7972, etc. (Los Angeles).